UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BORIS KHAIT,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:26-cv-1875

Honorable Robert J. Jonker

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention.

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. Petitioner is granted leave to proceed *in forma pauperis*.

2. The Clerk of Court shall serve copies of the petition and this order on Respondents.

3. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

4. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

5. In Respondents' response and Petitioner's reply, the parties shall address any issues of fact that must be resolved. Further, in their response, Respondents shall address

whether Petitioner was previously released or paroled into the United States by immigration officials. If Petitioner was previously released or paroled into the United States, Respondents shall indicate the statutory basis for the release or parole into the United States in the written response, and Respondents shall provide copies of the relevant documents that show the statutory basis for Petitioner's release or parole into the United States and any conditions imposed on Petitioner during the release or parole. If Respondents are unable to provide copies of these documents, they shall provide an explanation in the response as to why they are unable to do so.

6.  The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.


Dated:   June 19, 2026                           /s/ Robert J. Jonker
                                                 Robert J. Jonker
                                                 United States District Judge

2